**Spartan MILLS, petitioner, v. BANK
OF AMERICA ILLINOIS.
No. 97–595.**

Supreme Court of the United States.

Nov. 10, 1997.

Petition for writ of certiorari to the United
States Court of Appeals for the Fourth Cir-
cuit denied.